FILED
99 FEB 11 PM 3: 13
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
FEB 1 1 1999

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

WILLIE EARL ELLIS, )
INMATE-CALHOUN COUNTY JAIL, )
  )
  Plaintiff, )
  )
v. ) CIVIL ACTION NO. 98-AR-2244-E
  )
RAYMOND CANTRELL, ET AL., )
  )
  Defendants. )

## MEMORANDUM OPINION

On January 19, 1999 the magistrate judge's findings and recommendation was filed in which the magistrate judge concluded that plaintiff's § 1983 complaint failed to state a constitutional claim.

On February 4, 1999 plaintiff filed a response to the findings and recommendation which is construed as objections. In the objections, plaintiff alleges that he intended to file this action pursuant to the Federal Tort Claims Act (herein "FTCA") for the torts of "(1) abuse of process, (2) conspiracy, (3) coercion of official behavior, (4) malicious prosecution, and (5) police misconduct in connection with the arrest and release of plaintiff." The FTCA, 28 U.S.C. § 2671 *et seq.*, allows a plaintiff to file an action against the United States for the torts of federal employees.

Plaintiff has not alleged that any of the torts he attempts to complain of were committed by federal employees. Moreover, named defendants are all state employees or private individuals. Plaintiff's remedy, if any, is in state court. The objection is due to be OVERRULED inasmuch as plaintiff could not state a claim pursuant to the FTCA.

10

A final judgment consistent with this memorandum opinion will be entered contemporaneously herewith.

DONE this the 11th day of February, 1999.

/s/ William M. Acker, Jr.
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE